## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Norma Ezell
        Plaintiff

   V.

Lexington Insurance Company et al
        Defendant

CIVIL ACTION

NO. 17-10007-NMG

## ORDER OF DISMISSAL

Gorton, D. J.

    In accordance with the Court's Memorandum and Order dated 9/27/2018 Granting Defendant's Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                            By the Court,

9/27/2018
   Date

/s/ Christina McDonagh
   Deputy Clerk