UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMA EZELL, LEONARD WHITLEY, and ERICA BIDDINGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY; AMERICAN INTERNATIONAL GROUP, INC.; AIG ASSURANCE COMPANY; AIG PROPERTY CASUALTY COMPANY; AIG SPECIALTY INSURANCE COMPANY; AMERICAN GENERAL LIFE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTS-BURGH, PA.; AGC LIFE INSURANCE COMPANY; AMERICAN GENERAL ANNUITY SERVICE CORPORATION; AIG DOMESTIC CLAIMS, INC.; their predecessors and successors, and other affiliated legal entities to be named,<br><br>Defendants. | CASE NO. 1:17-CV-10007-NMG |

**PLAINTIFFS' NOTICE OF APPEAL**

- 1 -

Notice is hereby given that all plaintiffs, individually and on behalf of the proposed class, appeal to the United States Court of Appeals for the First Circuit from the Order of Dismissal (ECF No. 61), which was entered in the docket in this action on September 27, 2018. A copy of that Order is attached as Exhibit A.

Each Plaintiff is qualified to bring an appeal under Fed. R. App. P. 3(c)(3).

The required fee of $505.00 was paid on October 24, 2018, using the CM/ECF system.

Dated: October 24, 2018   Respectfully submitted,

PLAINTIFFS NORMA EZELL, LEONARD WHITLEY, and ERICA BIDDINGS, on behalf of themselves and all others similarly situated

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
   Steve W. Berman *(pro hac vice)*
Craig R. Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com

Kristen A. Johnson (BBO #667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
kristenj@hbsslaw.com

Richard B. Risk, Jr. *(pro hac vice)*
RISK LAW FIRM, P.A.
6964 S. Shore Drive S.
South Pasadena, FL 33707-4603
Telephone: (727) 289-6696
dick@risklawfirm.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Steve W. Berman*
STEVE W. BERMAN

010654-11 953575 V1